ORIGINAL

**FILED**
FEB 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

~~UNDER SEAL~~

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GABRIELA MONDRAGON, )<br>)<br>Defendant. )<br>) | Case No. 06CR00247-GT<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL** |

IT IS HEREBY ORDERED that the attached declarations be filed UNDER SEAL
SO ORDERED. *Only Defendant's declaration.* GT 2-4-07

DATED: 2-4-07

HONORABLE GORDON THOMPSON, JR.
United States District Judge

06CR00247-GT