☐ ORIGINAL

FILED

SEP 0 1 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-5977
6
   Attorneys for Plaintiff
7  United States of America

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 06CR0247GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE PETITION FOR REMISSION OF FINE AND ORDER THEREON |
| GABRIELA MONDRAGON, | ) | |
| Defendant. | ) | |

The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case.

### STATEMENT OF FACTS

1. On February 5, 2007, District Judge Gordon Thompson, Jr. rendered judgment against the above-captioned defendant, levying a fine of $1,000.00

///

///

///

///

BCS:2007A32725/sp

2. On August 4, 2009, the United States Attorney's Financial Litigation Unit staff verified through Immigration Customs Enforcement that the defendant was deported to Mexico, on July 2, 2009.

3. The United States Attorney has been unable to collect the fine.

4. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

5. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

///
///
///
///
///
///
///
///

STATEMENT OF ACCOUNT:

| | |
|---|---|
| Fine | $1,000.00 |
| Penalty Assessment | $ 100.00 |
| Penalties | $ 250.00 |
| SubTotal | $1,350.00 |
| Payments: | $ 100.00 |
| **TOTAL DUE** | **$1,250.00** |

DATED: 8/20/09

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: August 31, 2009

Judge of the District Court

3

06CR0247GT